UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DENISE PAYNE, individually,

    Plaintiff,                                    Case No: 1:15-CV-24338-JLK

v.

LITTLE CAESER ENTERPRISES, INC.,
d/b/a LITTLE CEASARS PIZZA,

    Defendant.
_____/

## NOTICE OF SETTLEMENT *NUNC PRO TUNC*

Plaintiff, DENISE PAYNE, hereby notifies the Court that on December 8, 2016, predecessor counsel for Plaintiff and lead counsel for Defendant, LITTLE CAESER ENTERPRISES, INC., d/b/a LITTLE CEASARS PIZZA (**"Defendant"**), reached a full and final settlement of this matter. The finalized agreement was finalized and approved by Defendant on or about January 11, 2017; however, no Notice of Settlement was filed. The undersigned communicated telephonically and in writing with counsel for Defendant, Michael Chilleen, Esq., after receipt of D.E. 17, and counsel for the parties agree that all claims brought by Plaintiff against Defendant have been settled and that this matter is dismissed with prejudice.

    *Respectfully submitted,*

    **ESPINOSA LAW GROUP**
    10625 N. Kendall Dr.
    Miami, FL 33176-1510
    Tel.: 305-655-1501
    E-mail: despinosa@espinosalawgroup.com

    By: */s/ Daniel Alberto Espinosa*
        Daniel Alberto Espinosa, Esq.
        Florida Bar No. 81686
        *Counsel For The Disabled*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this <u>30th</u> day of <u>January</u>, 2017.

By: <u>/s/ <i>Daniel Alberto Espinosa</i></u><br>
Daniel Alberto Espinosa, Esq.<br>
Florida Bar No. 81686