UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24338-CIV-KING/TORRES

DENISE PAYNE, individually,

    Plaintiff,

v.

LITTLE CAESAR ENTERPRISES, INC.,
d/b/a LITTLE CEASARS PIZZA,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement *Nunc Pro Tunc* (D.E. #18) filed January 30, 2017, in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **February 3, 2017** and the **Trial** previously set for **April 17, 2017** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 31st day of January, 2017.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record